1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON – PORTLAND DIVISION

JOSE GUTIERREZ, an individual

      Plaintiff,

vs.

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY, a Connecticut corporation, and
CHAZNLINE CONSTRUCTION, INC., a Montana
corporation,

      Defendants.

No.

**DEFENDANT ST. PAUL FIRE
AND MARINE INSURANCE
COMPANY'S NOTICE OF
REMOVAL PURSUANT TO 28
U.S.C. § 1441(a)**

TO:      The Clerk of the United States District Court for the District of Oregon –
              Portland Division.

AND TO:    Plaintiff, Jose Gutierrez, and his counsel of record, Gregory Kafoury, Mark
McDougal, and Jason Kafoury.

      Please take notice that Defendant ST. PAUL FIRE AND MARINE INSURANCE

COMPANY (hereinafter "St. Paul") hereby removes to this Court the action as described

below:

## I.      THE SUBJECT ACTION

      On January 8, 2016, Plaintiff filed a Complaint naming St. Paul as a Defendant in the

Multnomah County Circuit Court of the State of Oregon under Cause No. 16-CV-00513.  The

complaint alleges breach of contract stemming from a settlement agreement under an insurance policy issued to Defendant Chaznline Construction, Inc. (hereinafter "Chaznline").  A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.  This action is based on an insurance settlement dispute.  Plaintiff alleges breach of contract against St. Paul based on settlement of claims relating to events that transpired on December 29, 2011 in Williams County, North Dakota.

The Complaint alleges that the Plaintiff is an individual and that St. Paul, acting on behalf of Chaznline, made a settlement offer to Plaintiff in Portland, Oregon.  Further, this offer of settlement was allegedly accepted by Plaintiff in Portland, Oregon.  **Ex. 1 ¶ 2.**

The Complaint further alleges that Defendant St. Paul is a corporation domiciled in the State of Connecticut.  **Ex. 1 ¶ 1.** The Complaint in-turn claims that St. Paul conducts regular, sustained business in Oregon.  **Ex. 1 ¶ 1.**

## II.    DIVERSITY OF CITIZENSHIP

On information and belief, the Plaintiff is a citizen of the State of Oregon.

For purposes of diversity under 28 U.S.C. § 1332, St. Paul is a foreign insurance company organized under the laws of the State of Connecticut and with a principal place of business in the State of Connecticut.  Defendant Chaznline is a corporation organized under the laws of the State of Montana and with a principal place of business in the State of Montana

## III.    AMOUNT IN CONTROVERSY

Plaintiff in his Complaint seeks judgment in the amount of $1,350,000.  **Ex 1 ¶ 3.**

All damages claimed by Plaintiff are in controversy in this action based upon alleged breach of contract.

NOTICE OF REMOVAL – 2
S:\FILES\Gutierrez (Chaznline Construction)\16004\Pleadings\160126 Notice of Removal - USDC Portland2.docx

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1    Based on the claims for damages set forth above, the amount in controversy clearly

2  exceeds the $75,000.00 jurisdictional threshold.

3                                    **IV.    JURISDICTION**

4    For purposes of determining jurisdiction under 28 U.S.C. § 1332, Defendant St. Paul is

5  a citizen of the State of Connecticut.  Defendant Chaznline is a citizen of the State of Montana.

6  Plaintiff is a citizen of the State of Oregon.  As a result, diversity is complete.

7    The amount in controversy exceeds $75,000.00 excluding interest and costs.

8    This Court, therefore, has original jurisdiction over this controversy under 28 U.S.C. §

9  1332 and 28 U.S.C. § 1441.

10                                    **V.    TIMELINESS**

11    Plaintiff filed the original Complaint on January 8, 2016.  Defendant filed this Notice of

12  Removal on January 26, 2016.  Accordingly, Defendant is entitled to remove this action and

13  this Notice of Removal is timely pursuant to and in accordance with 28 U.S.C. § 1446.

14  **VI.    COPIES OF PROCESS, PLEADINGS, ORDERS, AND MOTIONS IN STATE
COURT PROCEEDINGS**

15    In accordance with 28 U.S.C. § 1446, attached to this notice as **Exhibits 1** is a true and

16  correct copy of the pleadings and documents in the Circuit Court of the State of Oregon docket

17  as of the date of this filing. These documents are:

18                   **Exhibit 1:** Plaintiff's Complaint

19

20

21

22

23         //

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1    DATED this 26th day of January, 2016.

2                                          LETHER & ASSOCIATES, PLLC

3                                          *s/ Thomas Lether*
                                           *s/ Eric Neal*
4                                          Thomas Lether, OSB #101708
                                           Eric J. Neal, OSB #110268
5                                          1848 Westlake Ave N., Suite 100
                                           Seattle, WA 98109
6                                          Telephone: (206) 467-5444
                                           Facsimile: (206) 467-5544
7                                          tlether@letherlaw.com
                                           eneal@letherlaw.com
8                                          *Attorneys for Defendant*
                                           *St. Paul Fire and Marine Insurance Company*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF REMOVAL – 4
S:\FILES\Gutierrez (Chaznline Construction) 16004\Pleadings\160126 Notice of Removal - USDC Portland2.docx

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1

2

**CERTIFICATE OF SERVICE**

3
The undersigned hereby certifies under penalty of perjury under the laws of the State of

4
Oregon that, on this date, I caused to be served in the manner noted below, a true and correct

5
copy of the foregoing on the parties mentioned below as indicated below:

6
Kafoury & McDougal

7
Gregory Kafoury
Mark McDougal

8
Jason Kafoury
411 SW Second Avenue, Suite 200

9
Portland, OR 97204
Phone: 503-224-2647

10
Facsimile: 503-224-2673
Kafoury@kafourymcdougal.com

11
mcdougal@kafourymcdougal.com
jkafoury@kafourymcdougal.com

12
*Attorneys for Plaintiff*

13
**[X] ECF      [X]    Via Email     [ ]  US Mail      [ ]    Legal Messenger**

14
DATED this 26th day of January, 2016.

15
*s/ Hugh Engelhoff*_____
Hugh Engelhoff, Paralegal

16

17

18

19

20

21

22

23