# EXHIBIT 1

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| JOSE GUTIERREZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation, and CHAZNLINE CONSTRUCTION, INC., a Montana corporation,<br><br>    Defendants. | Case No.:<br><br>COMPLAINT FOR BREACH OF CONTRACT; (NOT SUBJECT TO MANDATORY ARBITRATION)<br><br>PRAYER: $1,350,000<br>ORS 21.160(1)(d) - $793<br><br>JURY TRIAL DEMANDED |

Plaintiff demands a jury trial and alleges:

FOR A FIRST CLAIM FOR RELIEF for BREACH OF CONTRACT, plaintiff alleges:

1.

Defendant St. Paul Fire and Marine Insurance Company (hereinafter, "St. Paul") is and at all times mentioned herein has been a Connecticut insurance company that conducts regular, sustained business activity in Oregon.

//

//

//

PAGE 1 – COMPLAINT FOR BREACH OF CONTRACT

KAFOURY & McDOUGAL
411 SW Second Ave., Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

002

2.

Defendant Chaznline Construction, Inc. (hereinafter, "Chaznline") is and at all times mentioned herein has been a Montana corporation.

3.

Plaintiff Jose Gutierrez was hit by a vehicle driven by an agent or employee of defendant Chaznline who was then and there acting within the course and scope of his employment. Plaintiff Gutierrez suffered injuries. Plaintiff Gutierrez thereafter made a demand for compensation against defendant Chaznline.

4.

Defendant St. Paul, acting within the course and scope and agency of their employment for defendant Chaznline, sought resolution of the demand for compensation and made a settlement offer to plaintiff Gutierrez in Portland, Oregon.

5.

On July 8, 2015, William C. Antes, an agent or employee of defendant St. Paul, acting on behalf of defendant Chaznline offered to settle the demand for compensation in the amount of $1,350,000. The offer was accepted by plaintiff Gutierrez in Portland, Oregon. Email correspondence attached hereto as Exhibit A is incorporated herein by reference.

//

//

//

PAGE 2 – COMPLAINT FOR BREACH OF CONTRACT

KAFOURY & McDOUGAL
411 SW Second Ave., Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

003

6.

On or about July 9, 2015, William C. Antes, acting on behalf of defendants, indicated that release would be sent along with an overnight payment.

7.

On July 13, 2015, William C. Antes acting on behalf of defendants breached the settlement agreement by requiring the addition of plaintiff's wife's name in the release.  This condition had never been discussed, and was as an additional condition after settlement had been reached.  By adding this additional term, defendants breached the settlement agreement and failed and refused to pay plaintiff the agreed-upon $1,350,000.

WHEREFORE, plaintiff prays for judgment in the amount of $1,350,000 plus pre-judgment interest of nine percent from the day after the check was to be over-nighted, and his costs and disbursements necessarily incurred herein.

Dated:  January 8, 2016.

         */s/ Mark McDougal*
Gregory Kafoury, OSB #741663
Kafoury@kafourymcdougal.com
Mark McDougal, OSB #890869
mcdougal@kafourymcdougal.com
Jason Kafoury, OSB #091200
jkafoury@kafourymcdougal.com

Attorneys for Plaintiff

PAGE 3 – COMPLAINT FOR BREACH OF CONTRACT

KAFOURY & McDOUGAL
411 SW Second Ave., Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

004

# Jason Kafoury

| | |
|---|---|
| **From:** | Antes,William C <WANTES@travelers.com> |
| **Sent:** | Thursday, July 9, 2015 5:12 PM |
| **To:** | Jason Kafoury |
| **Cc:** | Donna Engelman; Lourdes Sanchez |
| **Subject:** | RE: Gutierrez v Chanzline, confirmation on settlement |

I stand corrected, it will not be overnighted and I have to issue two checks; one off the primary policy and one off of the excess.

William C. Antes | Claim Professional | Construction Claim Services
Travelers
3333 Michaelson Drive | Suite 1000
Irvine, Ca 92612
W: 949.224-5851   F: 949.224.5972

**TRAVELERS J**

---

**From:** Jason Kafoury [mailto:jkafoury@kafourymcdougal.com]
**Sent:** Thursday, July 09, 2015 11:20 AM
**To:** Antes,William C
**Cc:** Donna Engelman; Lourdes Sanchez
**Subject:** RE: Gutierrez v Chanzline, confirmation on settlement

Hey Bill, thanks for the quick reply and for getting moving on the release. I will be on email while I'm gone but Donna will be here and will get w/Mark to review the release and get it signed and back to you. Please cc all of us on any communication over the coming weeks. Also thanks for overnighting the check w/larger ones I always feel more comfortable that way…
Jason

Jason Kafoury
Kafoury & McDougal
411 SW 2nd Ave
Suite 200
Portland OR 97204
Ph: 503.224.2647
Fax: 503.224.2673

**From:** Antes,William C [mailto:WANTES@travelers.com]
**Sent:** Thursday, July 9, 2015 5:47 AM
**To:** Jason Kafoury
**Cc:** Donna Engelman; Lourdes Sanchez
**Subject:** RE: Gutierrez v Chanzline, confirmation on settlement

Jason, I'm working on the release now and once it is signed I will overnight payment. This may all happen early next week so if you are gone who's attention should I send this to? Or should it wait for your return?

William C. Antes | Claim Professional | Construction Claim Services
Travelers
3333 Michaelson Drive | Suite 1000

Irvine, Ca 92612
W: 949.224-5851   F: 949.224.5972

**TRAVELERS**

---

**From:** Jason Kafoury [mailto:jkafoury@kafourymcdougal.com]
**Sent:** Wednesday, July 08, 2015 2:59 PM
**To:** Antes,William C
**Cc:** Donna Engelman; Lourdes Sanchez
**Subject:** RE: Gutierrez v Chanzline, confirmation on settlement

Bill, good news I had a phone conference w/my client and he has agreed to settle this claim for your top offer of $1,350,000 inclusive of the ND W/C lien, attorney fees and costs. I spoke with the adjuster for W/C and I have her permission to collect the full amount from you for the settlement and then pay her back the $502,094.15 to satisfy the W/C lien.

Please make the check payable to "Kafoury & McDougal Client Trust Account." Our Tax Payer ID is attached.

It was a pleasure working w/you on this claim. Would have been interesting to litigate it but I really appreciate you working hard w/us to resolve this one w/out having to fly back and forth to ND...

Please let me know when you have the release ready and I'll get my client to sign it and get it back to you.

Have a great rest of the summer and let me know when the check has been mailed out,
Jason

Jason Kafoury
Kafoury & McDougal
411 SW 2nd Ave
Suite 200
Portland  OR 97204
Ph: 503.224.2647
Fax: 503.224.2673

**From:** Antes,William C [mailto:WANTES@travelers.com]
**Sent:** Wednesday, July 8, 2015 8:37 AM
**To:** Jason Kafoury
**Subject:** Gutierrez v Chanzline

Jason, I got authority to meet you more than half way; $1,350,000 but that is it. I'm on calls most of the day. If you agree just let me know how to make out the check and the firm tax ID. I will get a North Dakota attorney to work up a release and tell me what needs to be done with the WC issue.

If not, just send me a courtesy copy of the suit and I will get that to counsel to accept service and respond when you return.

William C. Antes | Claim Professional | Construction Claim Services
Travelers
3333 Michaelson Drive | Suite 1000
Irvine, Ca 92612
W: 949.224-5851   F: 949.224.5972


**TRAVELERS**

Exhibit A
Page 2 of 3
006

2

This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.