UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| JOSE GUTIERREZ, and individual,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation, and CHAZNLINE CONSTRUCTION, INC., a Montana corporation,<br><br>Defendants. | No. 3:16-cv-00139-MM<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS BETWEEN ALL PARTIES** |

### I.   STIPULATION

Plaintiff Jose Gutierrez (hereinafter "Plaintiff") and Defendants St. Paul Fire and Marine Insurance Company and Chaznline Construction, Inc. (hereinafter collectively "Defendants") by and through their attorneys of record, hereby stipulate that all claims between Plaintiffs and Defendants are dismissed with prejudice and without fees or costs to either party.

---

**STIPULATION AND ORDER OF
DISMISSAL OF ALL CLAIMS – 1**
S:\FILES\Gutierrez (Chaznline Construction) 16004\Pleadings\160205 Stipulation and (Proposed) Order of Dismissal.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1   DATED this 3rd day of March, 2016.

2   LETHER & ASSOCIATES, PLLC          KAFOURY & McDOUGAL

3   *s/ Thomas Lether*                 *s/ Gregory Kafoury*
    *s/ Eric J. Neal*                  *s/ Mark McDougal*
4   Thomas Lether                      *s/ Jason Kafoury*
    Eric J. Neal                       411 SW Second Avenue, Suite 200
5   1848 Westlake Avenue N, Suite 100  Portland, OR 97204
    Seattle, WA 98109                  Phone: 503-224-2647
6   P: (206) 467-5444/F: (206) 467-5544  Facsimile: 503-224-2673
    eneal@letherlaw.com                Kafoury@kafourymcdougal.com
7   tlether@letherlaw.com              mcdougal@kafourymcdougal.com
    *Attorneys for Defendant St. Paul Fire and*  jkafoury@kafourymcdougal.com
8   *Marine Insurance Company*         *Attorneys for Plaintiff*

9   SMITH FREED EBERHARD

10  *s/ Ryan J. McLellan*
    111 SW 5th Ave, STE 4300
11  Portland, OR 97204
    P: 503.227.2424
12  F: 503.227.2535
    rmclellan@smithfreed.com
13  *Attorneys for Defendant Chaznline*
    *Construction, Inc.*

14

15                              **II.   ORDER**

16   Based upon the foregoing Stipulation, it is hereby ORDERED that all claims as between

17  Plaintiff and Defendants are dismissed with prejudice and without fees or costs to either party.

18

19
            DATED this  5th  of  March  , 2016.
20

21                                  /s/ Michael W. Mosma
                                   Honorable Michael W. Mosman
22

23

---

**STIPULATION AND ORDER OF
DISMISSAL OF ALL CLAIMS – 2**
S:\FILES\Gutierrez (Chaznline Construction) 16004\Pleadings\160205 Stipulation and (Proposed) Order of Dismissal.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

Presented by:

| LETHER & ASSOCIATES, PLLC | KAFOURY & McDOUGAL |
|---|---|
| *s/ Thomas Lether* | *s/ Gregory Kafoury* |
| *s/ Eric J. Neal* | *s/ Mark McDougal* |
| Thomas Lether | *s/ Jason Kafoury* |
| Eric J. Neal | 411 SW Second Avenue, Suite 200 |
| 1848 Westlake Avenue N, Suite 100 | Portland, OR 97204 |
| Seattle, WA 98109 | Phone: 503-224-2647 |
| P: (206) 467-5444/F: (206) 467-5544 | Facsimile: 503-224-2673 |
| eneal@letherlaw.com | Kafoury@kafourymcdougal.com |
| tlether@letherlaw.com | mcdougal@kafourymcdougal.com |
| *Attorneys for Defendant St. Paul Fire* | jkafoury@kafourymcdougal.com |
| *and Marine Insurance Company* | *Attorneys for Plaintiff* |

SMITH FREED EBERHARD

*s/ Ryan J. McLellan*
111 SW 5th Ave, STE 4300
Portland, OR 97204
P: 503.227.2424
F: 503.227.2535
rmclellan@smithfreed.com
*Attorneys for Defendant Chaznline Construction, Inc.*

**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS – 3**
S:\FILES\Gutierrez (Chaznline Construction) 16004\Pleadings\160205 Stipulation and (Proposed) Order of Dismissal.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Oregon that, on this date, I caused to be served in the manner noted below, a true and correct copy of the foregoing on the parties mentioned below as indicated below:

| KAFOURY & McDOUGAL | SMITH FREED EBERHARD |
|---|---|
| Gregory Kafoury<br>Mark McDougal<br>Jason Kafoury<br>411 SW Second Avenue, Suite 200<br>Portland, OR 97204<br>Phone: 503-224-2647<br>Facsimile: 503-224-2673<br>Kafoury@kafourymcdougal.com<br>mcdougal@kafourymcdougal.com<br>jkafoury@kafourymcdougal.com<br>*Attorneys for Plaintiff* | Ryan J. McLellan<br>111 SW 5th Ave, STE 4300<br>Portland, OR 97204<br>P: 503.227.2424<br>F: 503.227.2535<br>rmclellan@smithfreed.com<br>*Attorneys for Defendant Chaznline Construction, Inc.* |

**[X]  ECF       [ ]     Via Email       [ ]  US Mail       [ ]   Legal Messenger**

DATED this 3rd day of March, 2016.

*s/ Andrei Teretchenko*
Andrei Teretchenko | Paralegal

---

**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS – 4**
S:\FILES\Gutierrez (Chaznline Construction) 16004\Pleadings\160205 Stipulation and (Proposed) Order of Dismissal.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544